FILED

08 APR 28 PM 4:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORDOZA,<br><br>                       Plaintiff,<br>vs.<br><br>CITY OF SAN DIEGO, et. al.,<br><br>                     Defendants. | CASE NO. 07-CV-1086 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS FEDERAL CLAIMS AND REMANDING STATE LAW CLAIMS TO STATE COURT**<br>(Doc. No. 9) |

Upon consideration of the parties' Joint Motion to Dismiss Federal Claims and Remand State Law Claims to State Court, **IT IS HEREBY ORDERED** that the parties' motion is hereby granted and this entire action is dismissed in accordance with the terms set forth therein as follows:

1. Plaintiff's claims brought under federal law (First and Second Causes of Action) are **DISMISSED WITH PREJUDICE**;

2. That Plaintiff's state law claims (Third, Fourth and Fifth Causes of Action) be remanded to San Diego Superior Court (SDSC Case No. 37-2007-00066761-CU-PO-CTL);

3. That Plaintiff's claims brought under state law (Third, Fourth and Fifth Causes of Action) be **DISMISSED WITHOUT PREJUDICE** and that such claim be in, remanded to, and pursued in, state court; and

4. All parties shall bear their own attorneys' fees and costs in this action.

IT IS SO ORDERED.

Dated: April 28, 2008

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California